

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00065-CV

---

IN RE JANET MCGINN

---

Original Mandamus Proceeding

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Relator Janet McGinn, proceeding pro se, petitions for mandamus relief against the trial court. McGinn contends that on June 27, 2025, and without her agreement, the trial court permitted her counsel to withdraw. McGinn sought a continuance of an upcoming hearing, which was denied. The hearing is scheduled for today, July 25, 2025. On July 22, 2025, McGinn petitioned this Court for mandamus relief in the same underlying matter. On July 24, 2025, this Court issued its memorandum opinion in cause number 06-25-00062-CV, in which McGinn's petition was denied for failure to comply with numerous rules of Texas appellate procedure. On July 24, 2025, McGinn again petitioned this Court for the same relief, which was denied on July 24, 2025, for failure to comply with certain rules of Texas appellate procedure.

McGinn again petitions this Court to stop the trial court from proceeding with the final hearing scheduled for today, July 25. The Court, having examined and fully considered Relator's petition, the mandamus record, and the applicable law, is of the opinion that McGinn's petition should be denied.

Accordingly, we deny McGinn's petition for a writ of mandamus.[1]

Scott E. Stevens
Chief Justice

Date Submitted:     July 25, 2025
Date Decided:       July 25, 2025

---

[1] In conjunction with the petition, McGinn filed an emergency motion for a stay of the trial court's proceedings. Because we deny the petition, that motion is also denied.